## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILROAD COMPANY ET AL. *v.* GOLDSMITH.

[No. 10,983.    Filed March 9, 1922.]

From Grant Circuit Court; *J. F. Charles,* Judge.

Action between the Pittsburgh, Cincinnati, Chicago and St. Louis Railroad Company and another and Ida Goldsmith. From the judgment rendered, the former appeal. *Affirmed.*

*G. E. Ross,* for appellants.

*Van Atta & Clawson,* for appellee.

REMY, J.—Affirmed on the authority of *Kelsay* v. *Chicago, etc., Railroad* (1907), 41 Ind. App. 128, 81 N. E. 522; *Pittsburgh, etc., R. Co.* v. *Greb* (1905), 34 Ind. App. 625, 73 N. E. 620.